UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 5:19-cr-86-gwc-3 |
| | ) | |
| RODNEY HOWARD | ) | |

**STATEMENT OF DEFENSE COUNSEL REGARDING**
**MR. HOWARD'S REVIEW AND UNDERSTANDING OF PRESENTENCE REPORT**

Gregory S. Mertz, counsel to Rodney Howard, advises the Court that Mr. Howard has reviewed and understands the Presentence Investigation Report prepared in this proceeding. Mr. Howard signed a mailed a Statement of Understanding to counsel several days ago, but the signed statement did not arrive with today's mail. Said statement will be filed with the Court upon receipt.

Dated: December 15, 2020

/s/ *Gregory S. Mertz*
Gregory S. Mertz
Attorney at Law
2 Church Street, Suite 2G
P.O. Box 923
Burlington, VT 05402-0923
(802) 448-3674
gmertz@mertzlawfirm.com

*CJA Counsel for Rodney Howard*